**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

DEAN R. ENGLEHART, ROBBIN L. ENGLEHART, H/W, individually and on behalf of a class of similarly situated persons,
Plaintiffs,

v.

WESTFIELD INSURANCE COMPANY,
Defendant.

No. 5:25-cv-6655

**O R D E R**

**AND NOW,** this 22nd day of September, 2026, for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss in Part, ECF No. 13, is **GRANTED in part** and **DENIED in part**, as follows:
   a. The allegations of breach of the implied duty of good faith and fair dealing in Count II of the Amended Complaint are **DISMISSED with prejudice**.
   b. The Engleharts' claim for declaratory relief in Count I of the Amended Complaint is **DISMISSED with prejudice**.
   c. Count III of the Amended Complaint is **DISMISSED without prejudice**.
   d. All other dismissal or strike requests are **DENIED**.
2. Plaintiffs shall have **twenty-one (21) days from the date of this Order** to file a second amended complaint.
3. If Plaintiffs fail to timely file a second amended complaint, Count III of the Amended Complaint will be dismissed with prejudice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge